Entered on Docket
July 29, 2011

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge

TIFFANY & BOSCO, P.A
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
bk@wildelaw.com

HSBC Bank USA, National Association, as Trustee for Wells Fargo Home Equity Trust 2005-3
10-74412

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-10-30928-mkn |
| Joseph Lomonaco and Edith Lomonaco | MS Motion No. 59<br>Date: July 6, 2011<br>Time: 1:30 pm |
| | Chapter 13 |
| Debtors. | |

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtors will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 4 Monthly Payments at $1,884.23 (April 1, 2011 - July 1, 2011) | $7,536.92 |
| 4 Late Charges at $86.21 (April 1, 2011 - July 1, 2011) | $344.84 |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $750.00 |
| Total | $8,781.76 |

The total arrearage shall be paid in six monthly installments. Payments one through five (1-5) in the amount of $1,463.63 shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the August 20, 2011 payment and continuing throughout and concluding on or before Dec 20, 2011. The sixth final payment in the amount of $1,463.61 shall be paid on or before January 20, 2012.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtors shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the August 1, 2011 payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 4028 Gray Aster Drive, Las Vegas, NV 89122, and legally described as follows:

> Lot 144, Block 4, DESERT INN MASTER PLAN LOT "E", as shown by map thereof on file in Book 118 of Plats, Page 33, in the Office of the County Recorder of Clark County, Nevada

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors

1  have failed to cure the delinquency, then Secured Creditor may submit to this Court an Order
2  vacating the automatic stay as to Secured Creditor, and Secured Creditor may thereafter proceed
3  with enforcing its Security interest in the subject Property, pursuant to applicable State Law, and
4  take any action necessary to obtain complete possession thereof.

Submitted by:

TIFFANY & BOSCO, P.A

By_____
GREGORY L. WILDE, ESQ.
Attorneys for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Kathleen A Leavitt

By_____

Kathleen A Leavitt
Chapter 13 Trustee
201 Las Vegas Blvd., So. #200
Las Vegas, NV 89101

Randolph Goldberg

By_____

Randolph Goldberg
Attorney for Debtors
4000 S. Eastern Ave. #200
Las Vegas, NV 89119

Nevada Bar No. 5970

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

____ The court has waived the requirements set forth in LR 9021(b)(1).

____ No party appeared at the hearing or filed an objection to the motion.

**X** I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

**X** approved the form of this order          ____ disapproved the form of this order

____ waived the right to review the order and/or          ____ failed to respond to the document

____ appeared at the hearing, waived the right to review the order

____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

**X** approved the form of this order          ____ disapproved the form of this order

____ waived the right to review the order and/or          ____ failed to respond to the document

____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor